UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

IN RE: INITIAL PUBLIC OFFERING
SECURITIES LITIGATION

_____X

CASE NO 21 MC 92

JUDGE: SCHIRA A. SCHEINDLIN

**NOTICE OF APPEAL**

NOTICE is hereby given that JAMES J. MARY, MARK MERRILL, VONDELL TYLER, ERNEST BROWNE, JR. SUSAN BROWNE, RICHARD PAUL WARREN SEP AND D&S PARTNERSHIP #2, Objectors in the above-styled cause, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on October 5, 2009 in this matter, a copy of which is attached to this Notice.

Respectfully submitted,

Edward F. Siegel (Ohio Bar 0012912)
27600 Chagrin Blvd. #340
Cleveland Ohio 44122
Voice: (216) 831-3424
Fax: (216) 831-6584
e-mail: efsiegel@efs-law.com