UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

IN RE INITIAL PUBLIC OFFERING          Civil Action No.: 21 MC 92 (SAS)
SECURITIES LITIGATION

------------------------------------------------------x

## <u>NOTICE OF APPEAL FROM ORDER APPROVING SETTLEMENT</u>

PLEASE TAKE NOTICE that Objectors and Class Members Lester Baum, Mike

Hart and Sue Shadley in the above case hereby appeal to the United States Court of

Appeals for the Second Circuit from this Court's October 5, 2009 Opinion and Order in

this action granting Plaintiffs' Motion for an Order of Final Approval of the Settlement,

Plan of Allocation, and Class Certification and granting, in part, the Plaintiffs' Motion for

an Award of Attorneys' Fees and Expenses and PSLRA Awards [Dkt. No. 5861].

Dated: New York, New York
       November 2, 2009

Respectfully submitted,

FENSTERSTOCK & PARTNERS LLP


Blair C. Fensterstock (BF 2020)
Attorneys for Appellants/Objectors
Lester Baum, Mike Hart and Sue Shadley
30 Wall Street
New York, NY 10005-2201
Tel.:(212) 785-4100
Email: bfensterstock@fensterstock.com

# In re IPO Securities Litigation
## 21 MC 92

### Service List

**Stewart D. Aaron**
Arnold & Porter, LLP
399 Park Avenue
New York , NY 10022

**Robin L. Alperstein**
Wilmer Cutler Pickering Hale & Dorr L.L.P.
1875 Pennsylvania Avenue, NW
Washington , DC 20006

**Russell A. Archer**
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles , CA 90017

**Kevin M. Askew**
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles , CA 90017

**Jack C. Auspitz, Esq.**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050

**Moshe Balsam**
Weiss & Lurie
The Fred French Building
551 Fifth Avenue
New York , NY 10176

**Samuel L. Barkin**
Heller, Ehrman, White & McAuliffe, L.L.P.
120 West 45th Street
New York , NY 10017

**Andrew L. Barroway**
Schiffrin & Barroway, L.L.P.
Three Bala Plaza East
Bala Cynwyd , PA 19004

**Law Offices of Brian Barry**
1801 Avenue of the Stars
Suite 307
Los Angeles, CA 90067

**Law Offices of James V. Bashian, P.C.**
500 Fifth Avenue
Suite 2700
New York, NY 10110

**Beatie & Osborn, LLP**
521 Fifth Avenue
Suite 3400
New York, NY 10175

**Russel Harrison Beatie, Jr.**
Russel Harrison Beatie, LLP
521 Fifth Avenue, Suite 1700
New York , NY 10175

**Theodore A. Bechtold, Esq.**
310-94th Street, #319
Brooklyn, NY 11209

**Robert Jeffrey Berg**
Bernstein Liebhard, LLP
10 East 40th Street
22nd Floor
New York , NY 10016

**Randall K Berger**
Kirby McInerney LLP
825 Third Avenue
13th Floor
New York , NY 10022

**David K. Bergman**
Frydman & Bergman
18 East 48th Street
Suite 1000
New York , NY 10017

**Stuart Berman**
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor , PA 19087

**Joel H. Bernstein**
Labaton Sucharow, LLP
140 Broadway
New York , NY 10005

**Stanley D. Bernstein**
Bernstein Liebhard, LLP
10 East 40th Street
22nd Floor
New York , NY 10016

**Peter Justus Beshar**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York , NY 10166-0193

**Brant Warren Bishop**
Kirkland & Ellis LLP
655 Fifteenth Street NW, Suite 1200
Washington , DC 20005

**Kimberly A. Bliss**
Fein & Jakab
The Woolworth Building
233 Broadway
Suite 930
New York , NY 10279

**Simon Block**
Dechert, Price & Rhoads
30 Rockefeller Plaza
New York , NY 10112

**Paul Bohr**
Kirkland & Ellis LLP
655 15th Street N.W.
Suite 1200
Washington , DC 20005-5793

**Bolognese & Associates, LLC**
Two Penn Center
1500 JFK Boulevard
Suite 320
Philadelphia, PA 19102

**Ariel Borobio**
#1AB
135 East 39th Street
New York, NY 10016

**Aaron Lee Brody**
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York , NY 10017

**Jules Brody**
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York , NY 10017

**Tzivia Brody**
Stull, Stull & Brody
6 East 45th Street
New York , NY 10017

**David A.P. Brower**
Brower Piven
488 Madison Avenue
New York , NY 10022

**The Brualdi Law Firm**
29 Broadway
Suite 2400
New York, NY 10006

**Gustavo Fabian Bruckner**
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York , NY 10017

**David R. Buchanan**
Seeger Weiss LLP
One William Street, 10th Floor
New York , NY 10004

**Peter D. Bull**
Bull & Lifshitz, LLP
18 East 41st Street
New York , NY 10017

**Louis F. Burke P.C.**
460 Park Avenue
21ˢᵗ Floor
New York, NY 10022

**Thomas H. Burt**
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York , NY 10016

**Victor Finel Caldwell**
Heller Ehrman, LLP
120 West 45th Street
New York , NY 10036

**Carney Williams Bates Bozeman & Pulliam, PLLC**
P.O. Box 25438
Little Rock, AR 72221-5438

**Steven E. Cauley**
Cauley, Geller, Bowman & Coates, L.L.P.
11311 Arcade Drive
Little Rock , AR 72212

**Sarah Loomis Cave**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York , NY 10004

**Eric T. Chaffin**
Bernstein Liebhard, LLP
10 East 40th Street
22nd Floor
New York , NY 10016

**Timothy J. Chorvat**
Jenner & Block LLP
One IBM Plaza
Chicago , IL 60611–7603

**Andrew Brian Clubok**
Kirkland & Ellis LLP
950 Page Mill Road
P.O. Box 51827
Palo Alto , CA 94303

**Michele A. Coffey**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York , NY 10178

**John Luke Cuddihy**
Williams & Connelly L.L.P.
725 Twelfth Street N.W.
Washington , DC 20005

**Cuneo Gilbert & LaDuca, LLP**
507 C Street, N.E.
Washington, DC 20002

**Matthew Mark D'Amore**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York , NY 10104

**Nancy Eileen Delaney**
Curtis, Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York , NY 10178-0061

**John McDonald Delehanty**
Mintz, Levin, Cohn, Ferreis, Glovsky & Popeo, P.C.
Chrysler Center
666 Third Avenue
25th Floor
New York , NY 10017

**Robert L. Dell Angelo**
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles , CA 90071-1560

**Timothy J. Dennin**
415 Madison Avenue
22nd Floor
New York , NY 10017

**Timothy J. Dennin, P.C.**
316 Main Street
Northport, NY 11768

**Law Offices of Leo W. Desmond**
660 Beachland Boulevard
Suite 202
Vero Beach, FL 32963

**Gandolfo V. DiBlasi, Esq.**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**William Kennedy Dodds**
Dechert, LLP
1095 Avenue of the Americas
New York , NY 10036–6797

**Brendan Joseph Dowd**
O'Melveny & Myers LLP
7 Times Square
New York , NY 10036

**Raymond James Dowd**
Dunnington, Bartholow & Miller, LLP
1359 Broadway
New York , NY 10018

**Dreier, Baritz & Federman**
120 North Robinson
Suite 2720
Oklahoma City, OK 73102

**Katherine B. DuBose**
Wolf, Haldenstein, Adler, Freeman & Herz, L.L.P.
270 Madison Avenue
New York , NY 10016

**Cynthia Dy**
Wilson Sonsini Goodrich & Rosati
650 Page MIll Road
Palo Alto , CA 94304

**Edelson & Associates, LLC**
45 West Court Street
Doylestown, PA 18901

**Michael S. Egan**
Bernstein, Liebhard & Lifshitz, L.L.P.
10 East 40th Street
New York , NY 10016

**Gregory M. Egleston**
Bernstein Liebhard, LLP
10 East 40th Street
22nd Floor
New York , NY 10016

**Kenneth A. Elan**
Kenneth A. Elan, Esq.
217 Broadway
New York , NY 10007

**John G. Emerson, Jr.**
Emerson Poynter LLP
500 President Clinton Ave., Suite 305
Little Rock , AR 72201

**Bruce A. Ericson**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco , CA 94105

**Michael S. Etkin**
Lowenstein Sandler PC
1251 Avenue of the Americas
New York , NY 11020

**Nicholas Even**
Haynes & Boone, LLP
901 Main Street
Suite 3100
Dallas , TX 75202-3789

**Nadeem Faruqi**
Faruqi & Faruqi, LLP
369 Lexington Avenue
10th Floor
New York , NY 10017

**Federman & Sherwood**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120

**Jonathan S. Feld**
Katten Muchin Zavis Rosenman
525 W. Monroe Street
Suite 1600
Chicago , IL 60661

**Brian M. Felgoise**
230 South Broad Street
Suite # 404
Philadelphia , PA 19102

**Law Offices of Brian M. Felgoise, P.C.**
The Pavilion
261 Old York Road
Suite 423
P.O. Box 706
Jenkintown, PA 19046

**Robert Craig Finkel**
Wolf Popper LLP
845 Third Avenue
New York , NY 10022

**Finkelstein Thompson LLP**
1050 30th St., N.W.
Washington, DC 20007

**Fischer Law Firm, PLLC**
Woolworth Building
233 Broadway
Suite 2201
New York, NY 10279

**James Gerard Flynn**
Harwood Feffer LLP
488 Madison Avenue
New York , NY 10022

**Frederic Scott Fox, Sr.**
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York , NY 10022

**Andrew Jay Frackman**
O'Melveny & Myers LLP
7 Times Square
New York , NY 10036

**Marvin Lawrence Frank**
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York , NY 10016

**Jack Gerald Fruchter**
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 2805
New York , NY 10119

**Adam D. Gale**
Debevoise & Plimpton
875 Third Ave.
New York , NY 10022

**Galloway & Associates, PLLC**
On behalf of The Galloway Group
1035 Pearl Street, Suite 206
Boulder, CO 80302

**Joseph P. Garland**
Law Office of Joseph P. Garland
275 Madison Avenue
New York , NY 10016

**Paul J. Geller**
Cauley & Geller, Bowman & Coates, L.L.P.
One Boca Place
2255 Glades Road
Suite 421A
Boca Raton , FL 33431

**Frederick W. Gerkens , III**
Glancy Binkow & Goldberg LLP
1430 Broadway
Suite 1603
New York , NY 10018

**Robin C. Gibbs**
Gibbs & Bruns, LLP
1100 Louisiana Street
Suite 5300
Houston , TX 77002

**Sarah Schrank Gold**
Proskauer Rose LLP
1585 Broadway
New York , NY 10036

**Goldman, Scarlato & Karon, P.C.**
101 West Elm Street
Suite 360
Conshohocken, PA 19428

**Joshua H. Grabar**
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia , PA 19103

**Gary S. Graifman**
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge , NY 10977

**Patricia Marie Grande**
Latham & Watkins
885 Third Avenue
Suite 1000
New York , NY 10022

**William E. Grauer**
Cooley Godward LLP
4365 Executive Drive
Suite 1100
San Diego , CA 92127

**Christopher J. Gray**
Law Office of Christopher J. Gray, P.C
460 Park Avenue 21st Floor
New York , NY 10022

**Harvey Greenfield**
60 East 42nd Street
Suite 2001
New York , NY 10165

**Amanda E. Gregory**
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles , CA 90017

**Law Offices of Bernard M. Gross, P.C.**
The Wanamaker Building
100 Penn Square East
Suite 450
Philadelphia, PA 19107

**Marc Ian Gross**
Pomerantz Haudek Block Grossman
& Gross LLP
100 Park Avenue, 26th Floor
New York , NY 10017

**Stanley Merrill Grossman**
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York , NY 10017

**Kevin Scott Haeberle**
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York , NY 10019

**J. Todd Hahn**
Goodwin Procter, LLP
The New York Times Building
620 Eighth Avenue
New York , NY 10018–1405

**Joel Charles Haims**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York , NY 10104

**Richard C. Harlan**
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles , CA 90017

**Yvette Harmon**
McGuireWoods LLP
1345 Avenue of the Americas
7th Floor
New York , NY 10105

**Thomas J. Harrison**
Wechsler, Harwood, L.L.P.
488 Madison Avenue
New York , NY 10022

**James Abram Harrod, III**
Wolf, Popper, L.L.P.
845 Third Avenue
New York , NY 10022

**Diane Harvey**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York , NY 10153

**Robert I. Harwood**
Harwood Feffer LLP
488 Madison Avenue
New York , NY 10022

**Douglas W. Henkin**
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa St.
Los Angeles , CA 90017

**Marc S. Henzel**
Law Offices of Marc S. Henzel
237 Montgomery Avenue
Suite 202
Bala Cynwyd, PA 19004

**Brian A. Herman**
Morgan, Lewis & Bockius LLP
101 Park Avenue
37th Floor
New York , NY 10178

**Michael Lane Hirschfeld**
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa St.
Los Angeles , CA 90017

**Mark Holland**
Clifford Chance US, LLP
31 West 52nd Street
New York , NY 10019

**Holzer Holzer & Fistel, LLC**
200 Ashford Center North
Suite 300
Atlanta, GA 30338

**Eric S. Horowitz**
Zane & Rudofsky
The Starrett Lehigh Building
601 West 26th Street
Suite 1111
New York , NY 10001

**Matthew M. Houston**
Harwood Feffer LLP
488 Madison Avenue
New York , NY 10022

**Fraser L. Hunter**
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York , NY 10022

**Marc S. Hunzel**
335 Central Avenue
Lawrence , NY 11559

**David W. Ichel**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York , NY 10017

**Soo Hyun Im**
Robinson & Cole LLP
885 Third Avenue, Ste. 2800
New York , NY 10022

**Frederick Taylor Isquith , Sr**
Wolf, Haldenstein, Adler, Freeman & Herz L.L.P.
270 Madison Avenue
New York , NY 10016

**Izard Nobel LLP**
One Corporate Center
20 Church Street
Hartford, CT 06103

**Julie Brennan Jacobs**
Kirkland & Ellis LLP
655 15th Street NW
Washington , DC 20005

**Gary Steven Jacobson**
Herold and Haines P.A.
25 Independence Blvd
Warren , NJ 07059

**Peter Jakab**
Fein & Jakab
233 Broadway
New York , NY 10279

**Johnson & Perkinson**
1690 Williston Road
South Burlington, VT 05403

**John Evans Jureller**
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York , NY 10017

**Nickolas A. Kacprowsky**
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles , CA 90017

**Stuart Kagen**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York , NY 10110

**David B. Kahn & Associates**
One Northfield Plaza
Suite 100
Northfield, IL 60093-1211

**Martin I. Kaminsky**
Pollack & Kaminsky
245 Park Avenue
27th Flr.
New York , NY 10167

**Jay B. Kasner**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
42nd Floor
New York, NY 10036

**Rebecca M. Katz, Esq.**
Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016

**David Kessler**
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor , PA 19087

**Joel A. Kirsch**
153 East 53rd Street
Suite 5600
New York , NY 10022

**Edward E. Klein**
Klein & Solomon, L.L.P.
275 Madison Avenue
11th Floor
New York , NY 10016

**Alan M. Klinger**
Stroock & Stroock & Lavan, L.L.P.
180 Maiden Lane
New York , NY 10038−4982

**Patrick Anthony Klingman**
Shepherd, Finkelman, Miller & Shah, LLC
65 Main Street
Chester , CT 06412

**C. John Koch**
Jenner & Block LLP
One IBM Plaza
Chicago , IL 60611−7603

**Jeehae Jennifer Koh**
O'Melveny & Myers LLP
7 Times Square
New York , NY 10036

**Emily C. Komlossy**
Labaton Sucharow, LLP
140 Broadway
New York , NY 10005

**Robert M. Kornreich**
Wolf, Popper, L.L.P.
845 Third Avenue
New York , NY 10022

**David Adam Kotler**
Dechert, LLP
902 Carnegie Center
Princeton , NJ 08540

**Donald J. Kravet**
Kravet & Vogel, LLP
36 West 44th Street, Suite 900
New York , NY 10036

**Jeffrey R. Krinsk**
Finkelstein & Krinsk, LLP
501 West Broadway
Suite 1250
San Diego , CA 92101

**Jonathan Kord Lagemann**
Jonathan K. Lagemann, Esq.,
300 East 42nd Street
10th Floor
New York , NY 10017

**Joel Paul Laitman**
Schoengold & Sporn, P.C.
19 Fulton Street
Suite 406
New York , NY 10038

**Eric Landau**
McDermott, Will & Emery
18191 Von Karman Ave.
Suite 500
Irvine , CA 92612-0187

**Jeffrey Landis**
Kirkland & Ellis LLP
655 15th Street N.W.
Suite 1200
Washington , DC 20005-5793

**Mark A. Landis**
Ropes & Gray LLP
One International Place
Boston , MA 02110

**Michael J. Lawson**
Steefel, Levitt & Weiss
One Embarcadero Plaza
San Francisco , CA 94111

**Kenneth Scott Leonetti**
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston , MA 02210

**Lawrence Donald Levit**
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 2805
New York , NY 10119

**Stephen G. Levy**
Levy & Levy, P.C.
245 Park Avenue
39th Floor
New York , NY 10167

**Sandy A. Liebhard**
Bernstein Liebhard, LLP
10 East 40th Street
22nd Floor
New York , NY 10016

**Joshua M. Lifshitz**
Bull & Lifshitz, LLP
18 East 41st Street
New York , NY 10017

**Mel E. Lifshitz**
Bernstein, Liebhard & Lifshitz
10 East 40th Street
New York , NY 10016

**Menachem E. Lifshitz**
Bernstein, Liebhard & Lifshitz
10 East 40th Street
New York , NY 10016

**Nina F. Locker**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto , CA 94304-1050

**Lockridge Grindal Nauen P.L.L.P.**
1000 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

**Christopher Lometti**
Schoengold & Sporn, P.C.
19 Fulton Street
Suite 406
New York , NY 10038

**Howard Theodore Longman**
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York , NY 10017

**Christopher Lovell**
Lovell Stewart Halebian LLP
61 Broadway
Suite 501
New York , NY 10006

**Mitchell A. Lowenthal**
Cleary Gottlieb Steen & Hamilton, LLP
1 Liberty Plaza
New York , NY 10006

**Mager White & Goldstein, LLP**
c/o Jayne A. Goldstein, Esq.
Shepherd, Finkelman, Miller & Shah LLP
1640 Town Center Circle
Suite 216
Weston, FL 33326

**Bernard Malina**
Malina & Associates, P.C.,
60 East 42nd Street, Ste. 501
New York , NY 10165

**Betsy C. Manifold**
Wolf, Haldenstein, Adler, Freeman & Herz, L.L.P.
270 Madison Avenue
New York , NY 10016

**Robert E. Margulies, Esq.**
Margulies Wind
Harborside Plaza 10
3 Second Street - Suite 1201
Jersey City, NJ 07311

**Ronald Louis Marmer**
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York , NY 10022

**Peter L. Masnik**
Kalikman and Masnik
30 Washington Avenue
Haddonfield , NJ 08033

**Christopher M. Mason**
Nixon, Peabody, L.L.P.
437 Madison Avenue
New York , NY 10022-7001

**Joseph Vincent McBride**
Rabin & Peckel, L.L.P.
275 Madison Avenue
Suite 420
New York , NY 10016

**Brian Francis McDonough**
Drinker, Biddle & Reath, LLP
140 Broadway
39th Floor
New York , NY 10005

**Matthew Joseph Merrick**
O'Melveny & Myers LLP
7 Times Square
New York , NY 10036

**Joel M. Mitnick**
Sidley, Austin, Brown & Wood, L.L.P.
787 Seventh Avenue
New York , NY 10019

**Joanne L. Monteavaro**
Wilmer Cutler Pickering Hale & Dorr L.L.P.
1875 Pennsylvania Avenue, NW
Washington , DC 20006

**Andrew J. Morganti**
Miller, Faucher and Cafferty, L.L.P.
101 North Main Street
Ann Arbor , MI 48104

**Morris & Morris LLC**
4001 Kennett Pike
Suite 300
Wilmington, DE 19807

**Law Offices of Bruce G. Murphy**
265 Llwyds Lane
Suite 100
Vero Beach, FL 32963-3252

**Brian Philip Murray**
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York , NY 10016

**Tracy J. Murray**
47 Cambridge Avenue
Garden City , NY 11530

**Scott D. Musoff**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
42nd Floor
New York , NY 10036

**Gregory Mark Nespole**
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York , NY 10017

**Klari Neuwelt**
Klari Neuwelt, Law Office
110 East 59th Street
29th Floor
New York , NY 10022

**Casey M. Nokes**
Kirkland & Ellis LLP
555 California Street
San Francisco , CA 94104

**Jeffrey Michael Norton**
Harwood Feffer LLP
488 Madison Avenue
New York , NY 10022

**Carolyn G. Nussbaum**
Nixon Peabody, LLP
Clinton Square
P.O. Box 31051
Rochester , NY 14603

**Harold B. Obstfeld**
Harold B. Obstfeld, P.C.
100 Park Avenue
20th Floor
New York , NY 10017

**Darrell Palmer, Esq.**
Law Offices of Darrell Palmer
603 North Highway 101, Ste. A
Solana Beach, CA 92075

**Mr. Douglas M. Parker**
PO Box 89
South Orleans, MA 02662

**John J. Pentz, Esq.**
Class Action Fairness Group
2 Clock Tower Place, Suite 260G
Maynard, MA 01754

**Laura M. Perrone**
Law Offices of Laura M. Perrone, P.L.L.C.
60 East 42nd Street
New York , NY 10165

**Alfred Robert Pietrzak**
Sidley Austin LLP
787 Seventh Avenue
New York , NY 10019

**Randi Beth Pincus**
Morgan, Lewis & Bockius LLP
101 Park Avenue
37th Floor
New York , NY 10178

**Charles J. Piven**
The World Trade Center–Baltimore
401 East Pratt Street
Suite 2525
Baltimore , MD 21202

**Joseph D. Pizzurro**
Curtis, Mallet–Prevost, Colt & Mosle, LLP
101 Park Avenue
New York , NY 10178

**Jonathan M. Plasse**
Labaton Sucharow, LLP
140 Broadway
New York , NY 10005

**Ira M. Press**
Kirby McInerney LLP
825 Third Avenue
13th Floor
New York , NY 10022

**Randall K. Pulliam**
Cauley, Geller, Bowman & Coates, L.L.P.
11311 Arcade Drive
Little Rock , AR 72212

**Thomas John Quigley**
Winston & Strawn LLP
200 Park Avenue
New York , NY 10166

**Najma Q. Rana**
Dechert, Price & Rhoads
30 Rockefeller Plaza
New York , NY 10112

**Stephen Leonard Ratner**
Proskauer Rose LLP
1585 Broadway
New York , NY 10036

**David Maxwell Rein**
Sullivan & Cromwell LLP
125 Broad St.
New York , NY 10004

**Michael Barrett Reuben**
Michael B. Reuben, Law Office
70 East 77th St., Suite 7A
New York , NY 10021

**The Attorneys of Reuben, Raucher & Blum**
1100 Glendon Avenue
10th Floor
Los Angeles, CA 90024

**Christopher F. Robertson**
Seyfarth Shaw LLP
2 Seaport Lane, Suite 300
Boston , MA 02210

**Saul Roffe**
Sirota & Sirota, LLP
125 Beach 128th Street
Queens , NY 11694

**Robert Mark Roseman**
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia , PA 19103

**Laurence Matthew Rosen**
The Rosen Law Firm, P.A.
350 5th Avenue, Suite 5508
New York , NY 10118

**Samuel Kenneth Rosen**
Harwood Feffer LLP
488 Madison Avenue
New York , NY 10022

**Edward Rudofsky, Esq.**
Zane & Rudofsky
601 West 26th Street #1111
New York, NY 10001

**Bruce Mathew Sabados**
Katten Muchin Zavis Rosenman
575 Madison Ave.
New York , NY 10022-2585

**Peter George Safirstein**
Milberg LLP
One Pennsylvania Plaza
New York , NY 10119

**Jacqueline Sailer**
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York , NY 10016

**Jay Paul Saltzman**
Schoengold & Sporn, P.C.
19 Fulton Street
Suite 406
New York , NY 10038

**Cary Brian Samowitz**
DLA Piper US LLP
1251 Avenue of the Americas
New York , NY 10020

**Lawrence R. Samuels**
McGuire Woods, LLP
1345 Avenue of the Americas
New York , NY 10105

**Savett Frutkin Podell & Ryan, P.C.**
c/o Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

**Richard J. Schager, Jr.**
Stamell & Schager, L.L.P.
1 Liberty Plaza
New York , NY 10007

**Yehuda David Scharf**
Morrison Cohen, LLP
909 Third Avenue
New York , NY 10022

**Steven Mark Schatz**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto , CA 94304

**Ira A. Schochet**
Labaton Sucharow, LLP
140 Broadway
New York , NY 10005

**Lawrence W. Schonbrun**
86 Eucalyptus Road
Berkeley , CA 97405

**Melvin A. Schwarz**
1775 Eye Street, N.W.
Washington , DC 20006

**Robert A. Schwinger**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York , NY 10112

**Scott & Scott, LLC**
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

**Joseph R. Seidman**
Bernstein Liebhard, LLP
10 East 40th Street
22nd Floor
New York , NY 10016

**Peter Edward Seidman**
Milberg LLP
One Pennsylvania Plaza
New York , NY 10119

**Sandy R. Seidman, Jr.**
Bernstein Liebhard & Lifshitz LLP
10 East 40th St.
New York , NY 10016

**Ronit Setton**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York , NY 10281

**Penny Shane**
Sullivan and Cromwell, LLP
125 Broad Street
New York , NY 10004

**Steven G. Shculman**
Milberg, Weiss, Bershad, Hynes & Lerach, L.L.P.
One Pennsylvania Plaza
New York , NY 10119-0165

**Christian Patrick Siebott**
Bernstein Liebhard, LLP
10 East 40th Street
22nd Floor
New York , NY 10016

**Siemion, Huckabay, Bodary, Padilla, Morganti, Bowerman, P.C.**
One Towne Square
Suite 1400
Southfield, MI 48086

**Howard Barry Sirota**
Sirota & Sirota, LLP
125 Beach 128th Street
Belle Harbor , NY 11694

**Mark David Smilow**
Weiss & Lurie
The Fred French Building
551 Fifth Avenue
New York , NY 10176

**Evan J. Smith**
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola , NY 11501

**Michael David Smith**
Cornell University/Weill Medical College
445 E. 69th Street
New York , NY 10021

**Law Offices of Lawrence G. Soicher**
305 Madison Avenue
46th Floor
New York, NY 10165

**Jay B. Solomon**
Klein & Solomon, LLP
275 Madison Avenue
New York , NY 10016

**Jerold S. Solovy**
Jenner & Block
One IBM Plaza
Chicago , IL 60611

**Samuel P. Sporn**
Schoengold & Sporn, P.C.
19 Fulton Street
Suite 406
New York , NY 10038

**Stanley, Mandel & Iola, L.L.P.**
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

**Martin Stein**
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York , NY 10017

**Victor E. Stewart**
Lovell & Stewart, L.L.P.
500 Fifth Avenue
New York , NY 10110

**David M. Stryker**
153 East 53rd Street
Suite 5600
New York , NY 10022

**Robert C. Susser**
Robert C. Susser, P.C.
270 Madison Avenue
Room 1500
New York , NY 10016

**Ariana J. Tadler**
Milberg LLP
One Pennsylvania Plaza
New York , NY 10119

**Kevin J. Toner**
Heller, Ehrman, White & McAuliffe, L.L.P.
120 West 45th Street
New York , NY 10036

**Marc A. Topaz**
Schiffrin & Barroway, L.L.P.
Three Bala Plaza East
Suite 400
Bala Cynwyd , PA 19004

**Curtis V. Trinko**
Law Offices of Curtis V. Trinko, L.L.P.
16 West 46th Street
7th Floor
New York , NY 10036

**Mr. James P. Tuthill**
3407 Stagecoach Drive
Lafayette, CA 94549

**Mitchell M.Z. Twersky**
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 2805
New York , NY 10119

**Mel Urbach**
Law Offices of Mel Urbach
One Exchange Place
Suite 1000
Jersey City , NJ 07302

**Michael F. Vargo**
878 Edgewood Road
Redwood City , CA 94062

**Peter Kristian Vigeland**
Wilmer, Cutler, Hale & Dorr, L.L.P.
399 Park Avenue
New York , NY 10022

**Lisa Klein Wager**
Morgan, Lewis & Bockius, L.L.P.
101 Park Avenue
New York , NY 10178

**Robert A. Wallner, Esq.**
Milberg LLP
One Penn Plaza
New York, NY 10119

**Stuart D. Wechsler**
Wechsler, Harwood, L.L.P.
488 Madison Avenue
New York , NY 10022

**Alyson M. Weiss**
Rosenman & Colin, L.L.P.
575 Madison Avenue
New York , NY 10022

**Joseph Harry Weiss**
Weiss & Lurie
551 Fifth Ave.
New York , NY 10176

**Stephen A. Weiss**
Seeger Weiss LLP
One William Street, 10th Floor
New York , NY 10004

**Irwin Weltz**
Ellenoff Grossman & Schole LLP
150 East 42nd Street
New York , NY 10017

**Douglas Scott Wilens**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Park Road, Suite 500
Boca Raton , FL 33432

**Brian C. Wilson**
Arnold & Porter LLP
399 Park Avenue
New York , NY 10022

**Law Offices of Alfred G. Yates, Jr.**
Alleghany Building
429 Forbes Avenue
Suite 519
Pittsburgh, PA 15219-1604

**Thomas A. Zimmerman, Jr., Esq.**
Zimmerman Law Offices, P.C.
100 West Monroe Street, Suite 1300
Chicago, IL 60603