UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

IN RE: INITIAL PUBLIC OFFERING
SECURITIES LITIGATION




------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/09

**ORDER**

**MASTER FILE NO. 21 MC 92
(SAS)**

SHIRA A. SCHEINDLIN, U.S.D.J.:

On October 23, 2009, Milberg LLP, a member of the plaintiffs'

Executive Committee, notified the Court that the declaration of Alexander

Nehring, Lead Plaintiff in *In re Critical Path* and *In re Verticalnet*, was

inadvertently omitted from the August 25, 2009 filing of 439 other declarations

requesting time and expense reimbursement under the PSLRA.  The 439

declarations were filed after the initial deadline for objections had passed.

However, the declarations were posted on the IPO website and class members were

permitted to object to the applications for reimbursement of expenses orally at the

fairness hearing on September 10, 2009[1] – an opportunity that some class members

exercised.[2]

---

[1]    *See* 8/17/09 Order.

[2]    *See* 9/10/09 Fairness Hearing Transcript at 25:20-28:15 (Objection of
Steve Miller), 34:25-35:8 (Objection of Theodore Bechtold).

1

Although Milberg reduced Nehring's request in accordance with this Court's October 5, 2009 Opinion and Order to $8,750, class members had no opportunity to object to Nehring's declaration as they did for the other lead plaintiffs. Accordingly, Milberg's request that the class be required to pay Nehring's time and expense reimbursement at this late date is denied. If Milberg or other members of the plaintiffs' Executive Committee would like to reimburse Nehring out of their awarded fees, they should certainly do so.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          November 2, 2009

2

**- Appearances -**

**For Plaintiffs' Executive Committee:**

Stanley D. Bernstein, Esq.
Rebecca M. Katz, Esq.
Christian Siebott, Esq.
Bernstein Liebhard LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414

Robert A. Wallner, Esq.
Ariana J. Tadler, Esq.
Peter G.A. Safirstein, Esq.
Neil Fraser, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 946-9453

David Kessler, Esq.
Barroway Topaz Kessler Meltzer &
Check LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

Jules Brody, Esq.
Stull, Stull & Brody LLP
6 East 45th Street
New York, New York 10017
(212) 687-7230

Howard B. Sirota, Esq.
Sirota & Sirota LLP
260 Madison Avenue
New York, New York 10016
(212) 425-9055

Fred Taylor Isquith, Esq.
Thomas H. Burt, Esq.
Wolf Haldenstein Adler Freeman & Herz
LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

**Liaison Counsel for Underwriter Defendants:**

Gandolfo V. DiBlasi, Esq.
Penny Shane, Esq.
David M.J. Rein, Esq.
Richard J.L. Lamuscio, Esq.
Sullivan and Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

**Liaison Counsel for Issuer Defendants:**

Jack C. Auspitz, Esq.
Joel C. Haims, Esq.
Hilary M. Williams, Esq.
Angela T. Rella, Esq.
Reema S. Abdelhamid, Esq.
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

4