Notice of Appeal to the United States Court of Appeals for the Second Circuit From a Judgment of the United States District Court for the Southern District of New York

**In re Initial Public Offering Securities Litigation 21 MC 92 (SAS)**

## Notice of Appeal filed November 4, 2009

Notice is hereby given that Phyllis Tafuri, Mary Stump, Allen Morrow, Carl S. Malone, Mary M. Malone, Ray Makiej, Milton Wayne Oschner, Edwin Fairchild, R.F Miller Fairchild, Bruce C. Redd, Claudio Naranjo, Robert M. Mathis, David W. Allen Jr., John Blast, Volker Brandt, Jeffrey G. Jezak, Stacey M. Jezak, Lawrence D. Leone, Adam Schwartz, Michael J. MacMurdy, Man Chun Wai, David Chapman, Norman C. Cherapak, John C. Fox, Warren Lyons, Christopher R. Rau, Christian McTurk, Maybell H. Garris, Timothy Eldred, Robert B. Rhenborg, William H. Morgan, Michael E. Stewart, Karl H. Kemp, Jr., Edward S. Tadla, Helen A. Borek, Steven K. Payne, John Kimdl, Donald K. Franke, Joseph Zazzaretti, Cheryl Zazzaretti, James J. Hayes, Larry M. Pollack plaintiffs in the Initial Public Offering Securities Litigation hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order issued by Judge Shira A. Scheindlin granting Final Approval of the Settlement, Plan of Allocation, and Class Certification of the Initial Public Offering Securities Litigation, entered in this action on the 5th day of October 2009

/s/ _[signature]_

Theodore A. Bechtold

Attorney for Phyllis Tafuri, Mary Stump, Allen Morrow, Carl S. Malone, Mary M. Malone, Ray Makiej, Milton Wayne Oschner, Edwin Fairchild, R.F Miller Fairchild, Bruce C. Redd, Claudio Naranjo, Robert M. Mathis, David W. Allen Jr., John Blast, Volker Brandt, Jeffrey G. Jezak, Stacey M. Jezak, Lawrence D. Leone, Adam Schwartz, Michael J. MacMurdy, Man Chun Wai, David Chapman, Norman C. Cherapak, John C. Fox, Warren Lyons, Christopher R. Rau, Christian McTurk, Maybell H. Garris, Timothy Eldred, Robert B. Rhenborg, William H. Morgan, Robert M. Mathis, Michael E. Stewart, Karl H. Kemp, Jr., Edward S. Tadla, Helen A. Borek, Steven K. Payne, John Kimdl, Donald K. Franke, Joseph Zazzaretti, Cheryl Zazzaretti, James J. Hayes Larry M. Pollack

Address: 310 94th Street Brooklyn New York 11209

Phone 718 836-2887

E Mail tabechtold@hotmail.com