IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INITIAL PUBLIC OFFERING SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Master File No.<br><br>21 MC 92 (SAS) |

Notice is hereby given that Class Members and Objectors JKM Company and Steve A. Miller individually and as Trustee of the Steve A. Miller P.C. Profit Sharing Plan hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order (Doc. 5861) dated October 5, 2009, as well as any subsequent orders on the Motion for Final Approval of Class Action Settlement and/or award of attorneys' fees to class counsel.

_____
ROBERT E. MARGULIES, ESQ.

MARGULIES WIND
A Professional Corporation
Harborside Plaza 10
3 Second Street – Suite 120
Jersey City, NJ 07311
201-333-0400
201-333-1110-fax

JEFFREY L. WEINSTEIN
JEFFREY L. WEINSTEIN, P.C.
Texas State Bar No. 21096450
518 East Tyler Street
Athens, TX 75751
903/677-5333
903/677-3657 – facsimile
*Pro Hac Vice*

**ATTORNEYS FOR OBJECTOR JKM**

Steve A. Miller
1625 Larimer St. N. 2906
Denver CO 80202
Individually and as Trustee of the Steve A. Miller P.C. Profit Sharing Plan

## Certificate of Service

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by 1st Class Mail and by Federal Express to the Clerk of the Court on November 2, 2009, including the following:

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Rebecca M. Katz, Esq.
Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016
- and -
Ariana J. Tadler, Esq.
Milberg LLP
One Penn Plaza
New York, NY 10119

Jack C. Auspitz, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
- and -
Gandolfo V. DiBlasi, Esq.
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004

ROBERT B. MARGULIES, ESQ.