UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER FILE NO. 21 MC 92 (SHS)

In Re: INITIAL PUBLIC OFFERING  )
SECURITIES LITIGATIONS          )     NOTICE OF APPEAL
                                )

Notice is hereby given that James J. Hayes, a class member who objected to the settlement in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order approving the Settlement, Plan of Allocation, and Class Certification entered in this action on October 5, 2009.

James J. Hayes, Pro Se
4024 Estabrook Dr.
Annandale, VA 22003