Notice of Appeal to the United States Court of Appeals for the Second Circuit From a Order of the United States District Court for the Southern District of New York

**In re Initial Public Offering Securities Litigation 21 MC 92 (SAS)**

**Notice of Appeal filed July 16, 2010**

Notice is hereby given that Phyllis Tafuri, Mary Stump, Allen Morrow, Carl S. Malone, Mary M. Malone, Ray Makiej, Milton Wayne Oschner, Edwin Fairchild, R.F Miller Fairchild, Bruce C. Redd, Claudio Naranjo, Robert M. Mathis, David W. Allen Jr., John Blast, Jeffrey G. Jezak, Stacey M. Jezak, Lawrence D. Leone, Adam Schwartz, Man Chun Wai, David Chapman, Norman C. Cherapak, John C. Fox, Warren Lyons, Christopher R. Rau, Christian McTurk, Maybell H. Garris, Timothy Eldred, Robert B. Rhenborg, William H. Morgan, Michael E. Stewart, Edward S. Tadla, Helen A. Borek, Steven K. Payne, John Kimdl, Donald K. Franke, Joseph Zazzaretti, Cheryl Zazzaretti, Larry M. Pollack, Helen Thompson, Robert Federman, Gaurang Bhatt and Dolly Bhatt plaintiffs in the Initial Public Offering Securities Litigation hereby appeal to the United States Court of Appeals for the Second Circuit from the Order issued by Judge Shira A. Scheindlin regarding the Order requiring appellants to post an Appeal Bond to proceed with Appeals of the Settlement of the Initial Public Offering Securities Litigation, entered in this action on the 17th day of June 2010

/s/ _[signature]_

Theodore A. Bechtold

Attorney for the above named appellants

Address: 310 94th Street Brooklyn New York 11209

Phone 570 686-1610

E Mail tabechtold@hotmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 6 JUL 2010