UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER FILE NO. 21 MC 92

In Re: INITIAL PUBLIC OFFERING ) NOTICE OF APPEAL
SECURITIES LITIGATIONS )

Notice is hereby given that James J. Hayes, a class member who objected to the settlement in the above-named case, and appealed the Opinion and Order approving the Settlement, Plan of Allocation, and Class Certification hereby appeals to the United States Court of Appeals for the Second Circuit the Opinion and Order directing the Objectors to post a $25,000 bond entered in this action on June 18, 2010.

James J. Hayes, Pro Se
4024 Estabrook Dr.
Annandale, VA 22003