# BERNSTEIN LIEBHARD LLP
### ATTORNEYS AT LAW
### 10 EAST 40TH STREET
### NEW YORK, NEW YORK 10016

(212) 779-1414
FAX: (212) 779-3218
www.bernlieb.com

STANLEY D. BERNSTEIN
bernstein@bernlieb.com



September 15, 2010

**BY HAND**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
    for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Re:    *In re Initial Public Offering Sec. Litig.*, 21 MC 92 (SAS)

Dear Judge Scheindlin:

    I write on behalf of Plaintiffs' Executive Committee to report on the status of the proposed fee allocation and to request a 21-day extension of time in which to submit a revised allocation plan to the non-Executive Committee firms. Based on constructive comments received from certain non-Executive Committee firms to the original fee allocation plan, the Executive Committee developed a revised allocation plan. We believe it would be most productive to continue these discussions before the plan is formally finalized and the objection period commences. We therefore respectfully request a 21-day extension so that we can continue engaging in this dialogue. I firmly believe that this process will continue to be productive and if permitted to run its course, it will ultimately result in far fewer objections to the plan and significant savings in time and resources for the Court and the parties in resolving any remaining disputes.

    We are working diligently to fairly and reasonably apportion the projected fees as provided for in paragraph 19 of each final judgment. We respectfully request that the

---

*Handwritten endorsement:*

Plaintiffs' request for an extension for the submission of the revised allocation plan to the non-Executive Committee firms is hereby granted. The date for submission will be Oct. 8, 2010 and the date for submitted objections will be permitted until Nov. 8, 2010.

Date: 9/16/10   SO ORDERED.

Shira A. Scheindlin
USDJ

BERNSTEIN LIEBHARD LLP

The Honorable Shira A. Scheindlin
September 15, 2010
Page-2-

Court permit the extension to October 8, 2010, and then permit until November 8, 2010 for objections.

Respectfully submitted,

*[signature]*

Stanley D. Bernstein

cc: Jack C. Auspitz, Esq. (by email)
Joel C. Haims, Esq. (by email)
Gandolfo V. DiBlasi, Esq. (by email)
Penny Shane, Esq. (by email)
All counsel (by LexisNexis File&Serve)

34419v4