

Doc # 6237

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE INITIAL PUBLIC OFFERING SECURITIES LITIGATION   MC-21-92 (SAS)

THIS DOCUMENT RELATES TO: ALL CASES

**MOTION REQUESTING RECONSIDERATION OF ORDER DENYING DOCUMENTS**

In the Opinion and Order dated July 15, 2010 the Court stated that I have not demonstrated a substantial need for access to documents relating to my letters to the Court from 2005. I have attached a copy of the Form C relating to my appeal of the Court's Order approving the settlement. In addition to the appeal of the amount of the settlement it specifically refers to the improper disposition of my allegations of misconduct contained in the letters. My letters accurately predicted the settlement of these 309 cases for a de minimus amount of damages to generate a risk free windfall for the IPO Executive Committee. Access to these sealed documents is clearly required to allow a complete presentation of these clearly relevant matters to the Court of Appeals. Given the sensitive nature of the materials I am prepared to file these documents under seal to prevent public disclosure. Thank you for your careful reconsideration.

*The motion for reconsideration is denied. Not only has a substantial need for the privileged documents not been shown, the standard for reconsideration has not been met. The Clerk of Court is directed to close this motion (#6237). SO ORDERED.*

Respectfully Submitted,

Theodore A. Bechtold
Phone: (718) 836-2887
Cell:   (570) 618-1610
e-mail: tabechtold@hotmail.com

*9/23/10*

*Shira A. Scheindlin, USDJ*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/10