**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT



| | |
|---|---|
| In Re: IPO Securities Litigation | STIPULATION OF DISMISSAL<br>Docket Number: 09-4555 (L), 09-4588 (CON)<br>09-4640 (CON), 09-4653 (CON) |

WHEREAS, on July 16, 2010, Class Counsel and Objectors' Counsel participated in a Court-ordered Rule 33 Appellate Mediation before a Second Circuit Mediator, and that mediation concluded without a final settlement of the above-captioned appeals;

WHEREAS, Class Counsel and Objectors' Counsel believed that progress in settling those appeals could be made through discussions, which eventually would need to be discussed with all other counsel for the parties to the appeals;

WHEREAS, Class Counsel and Objectors' Counsel now wish to enter into this Settlement Agreement, which agreement includes an agreement to dismiss the above-captioned appeals, and to have a mediator of the Second Circuit's Civil Appeal Management Program advised of the settlement and of its terms on October 6, 2010, or as soon thereafter as is practicable; and

WHEREAS, on October 6, 2010, Class Counsel and Objectors' Counsel met in person and/or by telephone with an mediator of the Second Circuit's Civil Appeal Management Program and such mediator was advised of the settlement and of its terms and was presented with a proposed Notice of Dismissal of Appeals.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov. 03, 2010
```

**MANDATE ISSUED ON 11/02/2010**

NOTICE is given hereby, pursuant to Federal Rules of Appellate Procedure Rule 42(b), that JKM Company; Steven Miller, Individually and as Trustee of the Steve A. Miller P.C. Profit Sharing Plan; Jackie Pio and David Murray; James Mary and Mark Merrill; Ernest Browne, Jr. and Susan Browne; Richard Paul Warren SEP and D&S Partnership #2; Vondell Tyler; and Lester Baum, Mike Hart and Sue Shadley; by their respective undersigned counsel, withdraw and dismiss the above-captioned appeals with prejudice in accordance with the terms of the Settlement Agreement between the parties dated October 6, 2010.

Dated:  New York, New York
        October 6, 2010

Stipulated and Agreed:

_____
Stanley D. Bernstein, as authorized agent of the
Executive Committee of Plaintiffs' Counsel,
Defendant-Appellees herein.


_____
Jeffrey Weinstein, Counsel for JKM Company


_____
John Pentz, Counsel for Jackie Pio and David Murray


_____
Edward Siegel, Counsel for James Mary, Mark Merrill, Ernest Browne, Jr., Susan Browne, Richard Paul Warren SEP and D&S Partnership #2


_____
Edward Cochran, Counsel for Vondell Tyler

NOTICE is given hereby, pursuant to Federal Rules of Appellate Procedure Rule 42(d), that JKM Company; Steven Miller, Individually and as Trustee of the Steve A. Miller P.C. Profit Sharing Plan; Jackie Pio and David Murray; James Mary and Mark Merrill; Ernest Browne, Jr. and Susan Browne; Richard Paul Warren SEP and D&S Partnership #2; Vondell Tyler; and Lester Baum, Mike Hart and Sue Shadley; by their respective undersigned counsel, withdraw and dismiss the above-captioned appeals with prejudice in accordance with the terms of the Settlement Agreement between the parties dated October 6, 2010.

Dated: New York, New York
October 6, 2010

Stipulated and Agreed:

_____
Stanley D. Bernstein, as authorized agent of the
Executive Committee of Plaintiffs' Counsel,
Defendant-Appellees herein.

_____
Jeffrey Weinstein, Counsel for JKM Company

_____
John Pentz, Counsel for Jackie Pio and David Murray

_____
Edward Siegel, Counsel for James Mary, Mark Merrill, Ernest Browne, Jr., Susan Browne, Richard Paul Warren SEP and D&S Partnership #2

_____
Edward Cochran, Counsel for Vondell Tyler



NOTICE is given hereby, pursuant to Federal Rules of Appellate Procedure Rule 42(d), that JKM Company, Steven Miller, Individually and as Trustee of the Steve A. Miller P.C. Profit Sharing Plan; Jackie Pio and David Murray; James Mary and Mark Merrill; Ernest Browne, Jr and Susan Browne; Richard Paul Warren SEP and D&S Partnership #2; Vondell Tyler; and Lester Baum, Mike Hart and Sue Shadley; by their respective undersigned counsel, withdraw and dismiss the above-captioned appeals with prejudice in accordance with the terms of the Settlement Agreement between the parties dated October 6, 2010.

Dated: New York, New York
       October 6, 2010

Stipulated and Agreed:

_____
Stanley D. Bernstein, as authorized agent of the
Executive Committee of Plaintiffs' Counsel,
Defendant-Appellees herein.

_____
Jeffrey Weinstein, Counsel for JKM Company

_____
John Pentz, Counsel for Jackie Pio and David Murray

_____
Edward Siegel, Counsel for James Mary, Mark Merrill, Ernest Browne, Jr., Susan Browne, Richard Paul Warren SEP and D&S Partnership #2

_____
Edward Cochran, Counsel for Vondell Tyler

_____

Steven Miller, Individually and as Trustee of the Steve A. Miller P.C. Profit Sharing Plan

_____
Christopher J. Braun, Counsel for Lester Baum, Mike Hart and Sue Shadley

_____
Stuart Yoes, Counsel for James Mary and Mark Merrill

_____
Scott Browne, Counsel for Ernest Browne, Jr. and Susan Browne

For the Court
Catherine O'Hagan Wolf, Clerk

_____, Staff Counsel

#588134

---
Steven Miller, Individually and as Trustee of the Steve A. Miller P.C. Profit Sharing Plan

*Christopher J Braun* (signature)
---
Christopher J. Braun, Counsel for Lester Baum, Mike Hart and Sue Shadley

---
Stuart Yoes, Counsel for James Mary and Mark Merrill

---
Scott Browne, Counsel for Ernest Browne, Jr. and Susan Browne

For the Court
Catherine O'Hagan Wolf, Clerk

_____, Staff Counsel

#588134

_____
Steven Miller, Individually and as Trustee of the Steve A. Miller P.C. Profit Sharing Plan


_____
Christopher J. Braun, Counsel for Lester Baum, Mike Hart and Sue Shadley

_____
Susan Yoes, Counsel for James Mary and Mark Merrill


_____
Scott Browne, Counsel for Ernest Browne, Jr. and Susan Browne


                For the Court
                Catherine O'Hagan Wolf, Clerk


                _____, Staff Counsel

#588134

OCT-06-2010 15:19        BROWNE AND BROWNE              409 898 2126    P.02

_____
Steven Miller, Individually and as Trustee of the Steve A. Miller P.C. Profit Sharing Plan

_____
Christopher J. Braun, Counsel for Lester Baum, Mike Hart and Sue Shadley

_____
Stuart Yoes, Counsel for James Mary and Mark Merrill

*/s/ Scott Browne*
_____
Scott Browne, Counsel for Ernest Browne, Jr. and Susan Browne

*So Ordered*
_____
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By */s/ Lisa J. Greenberg*
_____
Lisa J. Greenberg, Staff Counsel

_____, Staff Counsel

#588134

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*/s/ Catherine O'Hagan Wolfe*