```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

IN RE: INITIAL PUBLIC OFFERING
SECURITIES LITIGATION

ORDER

MASTER FILE NO. 21 MC 92
(SAS)

------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The November 3, 2010 order directing parties to file under seal and submit in camera any motions or objections related to the fee allocation plan proposed by the Executive Committee is hereby VACATED.

The parties are now ordered to serve the Executive Committee directly with any motions or objections to the fee allocation plan, without filing those documents with the Clerk's Office. Within five business days of receipt of those documents, the Executive Committee must notify the Court if it has any objection to the public filing of such documents, in whole or in part.

All motions or objections must be served no later than November 22, 2010. The Executive Committee is directed to respond to any motions or objections no later than December 10, 2010, replies to be served by December 24, 2010.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   November 12, 2010
         New York, New York

- **Appearances** -

## For Plaintiffs' Executive Committee:

Stanley D. Bernstein, Esq.
Rebecca M. Katz, Esq.
Christian Siebott, Esq.
Bernstein Liebhard LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414

Robert A. Wallner, Esq.
Ariana J. Tadler, Esq.
Peter G.A. Safirstein, Esq.
Neil Fraser, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 946-9453

David Kessler, Esq.
Barroway Topaz Kessler Meltzer & Check LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

Jules Brody, Esq.
Stull, Stull & Brody LLP
6 East 45th Street
New York, New York 10017
(212) 687-7230

Howard B. Sirota, Esq.
Sirota & Sirota LLP
260 Madison Avenue
New York, New York 10016
(212) 425-9055

Fred Taylor Isquith, Esq.
Thomas H. Burt, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

**Liaison Counsel for Underwriter Defendants:**

Gandolfo V. DiBlasi, Esq.
Penny Shane, Esq.
David M.J. Rein, Esq.
Richard J.L. Lamuscio, Esq.
Sullivan and Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

**Liaison Counsel for Issuer Defendants:**

Jack C. Auspitz, Esq.
Joel C. Haims, Esq.
Hilary M. Williams, Esq.
Angela T. Rella, Esq.
Reema S. Abdelhamid, Esq.
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000


**Copy to:**

Jeffrey S. Abraham, Esq.
Abraham, Fruchter & Twersky LLP
One Penn Plaza
Suite 2805
New York, New York 10119
(212) 279-5050

David B. Gordon, Esq.
Richardson Patel LLP
750 Third Avenue, 9th Floor
New York, New York 10017
(646) 755-7315