# BERNSTEIN LIEBHARD LLP
### ATTORNEYS AT LAW
### 10 EAST 40TH STREET
### NEW YORK, NEW YORK 10016

(212) 779-1414
FAX: (212) 779-3218
www.bernlieb.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/10

CHRISTIAN SIEBOTT
siebott@bernlieb.com

[Handwritten note from judge: Plaintiffs' Executive Committee's request for an extension until Dec. 23, 2010 to respond to the two pending objections to their fee allocation proposal is hereby granted. Replies are due by Jan. 21, 2011. No further extensions will be granted. SO ORDERED. 12/10/10 — Shira A. Scheindlin, USDJ]

December 10, 2010

**BY HAND**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   *In re Initial Public Offering Sec. Litig.*, 21 MC 92 (SAS)

Dear Judge Scheindlin:

On behalf of the Plaintiffs' Executive Committee, I write to respectfully request an extension of time to Thursday, December 23, 2010 to submit a response to the three pending objections to the Executive Committee's fee allocation proposal, with replies to be submitted by Friday, January 21, 2011.

On November 3, 2010, this Court directed Plaintiffs' counsel to file any objections to the Executive Committee's fee allocation proposal under seal by November 8, 2010. Siemion Huckabay, P.C. and Johnson & Perkinson submitted objections by November 8, 2010. On November 12, 2010, this Court vacated its November 3, 2010 order and directed Plaintiffs' counsel "to serve the Executive Committee directly with any motions or objections to the fee allocation plan" by November 22, 2010 so that the Executive Committee could propose work product redactions and then respond to the objections by December 10, 2010. Reading this Court's November 12, 2010 order as extending the deadline for filing objections, Centennial Bank submitted its objection to the fee allocation plan on November 22, 2010.

BERNSTEIN LIEBHARD LLP

The Honorable Shira A. Scheindlin
December 10, 2010
Page -2-

In order to respond to all three objections in one brief and to adequately address Centennial Bank's more recent objection, the Executive Committee respectfully requests an extension of time to Thursday, December 23, 2010. Siemion Huckabay, P.C. requests until Friday, January 21, 2010 to reply in view of the holiday week following the Executive Committee's submission.

Centennial Bank and Siemion Huckabay do not object to this request. A call to Johnson & Perkinson was not returned in time for this letter.

Respectfully,

Christian Siebott

cc: David Gordon (by email)
Jacob B. Perkinson (by email)
Scott M. Berman (by email)
Jack C. Auspitz, Esq. (by email)
Joel C. Haims, Esq. (by email)
Gandolfo V. DiBlasi, Esq. (by email)
Penny Shane, Esq. (by email)
All counsel (by LexisNexis File&Serve)

36695v2