UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

IN RE: INITIAL PUBLIC OFFERING
SECURITIES LITIGATION

ORDER

MASTER FILE
NO. 21 MC 92 (SAS)

------------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.:

(1) Siemion Huckabay, P.C. (2) Johnson & Perkinson, and (3) Centennial Bank filed Objections to the Plaintiffs' Executive Committee's ("PEC") fee allocation plan on November 8, 2010, November 8, 2010, and November 22, 2010, respectively. On November 19, 2010 and November 30, 2010, Christian Siebott, on behalf of the PEC, asked this Court to order that portions of these Objections be filed under seal because their public filing would result in the disclosure of confidential information, including attorney work product. Mr. Siebott submitted for the Court's review (1) un-redacted versions of each Objection (including memoranda of law and exhibits), (2) a proposed redacted version of each Objection, and (3) a version of each Objection highlighting the material proposed for redaction ("Highlighted Version"). No other party has made a submission with regard to Mr. Siebott's requests.

Having reviewed both submissions in their entirety I conclude that

-1-

certain portions of each Objection would reveal confidential information and/or attorney work product. As a result, it is hereby:

**ORDERED** that each Objection be publicly filed with the following portions redacted:

(i) highlighted material on pages 2 and 4 of the Highlighted Version of Exhibit B to Centennial Bank's Objection;

(ii) highlighted material on pages 1-2, 4-8, and 11-13 of the Highlighted Version of the Memorandum of Law in Support of Siemion Huckabay, P.C.'s Objection;

(iii) highlighted material on pages 4-8 of the Highlighted Version of the Declaration of Andrew Morganti in Support of Siemion Huckabay, P.C.'s Objection ("Andrew Morganti Dec.");

(iv) highlighted material on page 2 of the Highlighted Version of Exhibit A to Andrew Morganti Dec.;

(v) highlighted material on pages 2 and 4 of the Highlighted Version of Exhibit B to Andrew Morganti Dec.;

(vi) highlighted material on pages 4-6, 14, and 19-25 of the Highlighted Version of the Memorandum of Law in Support of Johnson & Perkinson's Objection ("Johnson & Perkinson Mem.");

(vii)  highlighted material on pages 2-4 of the Highlighted Version of Exhibit B to Johnson & Perkinson Mem.;

(viii) Exhibit F to Johnson & Perkinson Mem.;

(ix)  highlighted material on pages 2 and 4 of the Highlighted Version of Exhibit G to Johnson & Perkinson Mem.;

(x)   Exhibit H to Johnson & Perkinson Mem.;

(xi)  Exhibit I to Johnson & Perkinson Mem.;

(xii) Exhibit J to Johnson & Perkinson Mem.; and it is further

**ORDERED** that un-redacted versions of each Objection be filed under seal.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   December 29, 2010
         New York, New York

- Appearances -

**For Plaintiffs' Executive Committee:**

Stanley D. Bernstein, Esq.
Rebecca M. Katz, Esq.
Christian Siebott, Esq.
Bernstein Liebhard LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414

Robert A. Wallner, Esq.
Ariana J. Tadler, Esq.
Peter G.A. Safirstein, Esq.
Neil Fraser, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 946-9453

David Kessler, Esq.
Barroway Topaz Kessler Meltzer &
Check LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

Jules Brody, Esq.
Stull, Stull & Brody LLP
6 East 45th Street
New York, New York 10017
(212) 687-7230

Howard B. Sirota, Esq.
Sirota & Sirota LLP
260 Madison Avenue
New York, New York 10016
(212) 425-9055

Fred Taylor Isquith, Esq.
Thomas H. Burt, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

**Liaison Counsel for Underwriter Defendants:**

Gandolfo V. DiBlasi, Esq.
Penny Shane, Esq.
David M.J. Rein, Esq.
Richard J.L. Lamuscio, Esq.
Sullivan and Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

**Liaison Counsel for Issuer Defendants:**

Jack C. Auspitz, Esq.
Joel C. Haims, Esq.
Hilary M. Williams, Esq.
Angela T. Rella, Esq.
Reema S. Abdelhamid, Esq.
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

**Copy to:**

**For Centennial Bank:**

Scott M. Berman, Esq.
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway, 46th Floor
New York, NY 10019-6708
(212) 833-1100

**For Johnson & Perkinson:**

Jacob B. Perkinson, Esq.
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, Vermont 05403
(802) 862-0030

**For Siemion Huckabay, P.C.:**

David B. Gordon, Esq.
750 Third Ave., 9th Floor
New York, New York 10017
(646) 755-7315