

CHRISTIAN SIEBOTT
siebott@bernlieb.com

# BERNSTEIN LIEBHARD LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET

NEW YORK, NEW YORK 10016

(212) 779-1414

FAX: (212) 779-3218

www.bernlieb.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/11

*Plaintiff's request is granted. A conference is scheduled for Tuesday, February 22 at 3:00 p.m.*

*So ordered.*

*Shira A. Scheindlin*
*USDJ*
*2/18/11*

*Copy to: Theodore Bechtold, Esq.
310 94th St., Apt. 319
Brooklyn, NY 11209*

February 17, 2011

**BY HAND AND BY FAX**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Re:   *In re Initial Public Offering Sec. Litig.*, 21 MC 92 (SAS)

Dear Judge Scheindlin:

I write on behalf of Plaintiffs' Executive Committee to respectfully request that the Court hold in abeyance the pending motion for contempt and sanctions as against the Bechtold objectors, and schedule a conference as soon as possible.

One of the lead plaintiffs in several IPO cases, Saul Kassin, recently wrote a letter to several objectors-appellants who are purportedly represented by Theodore Bechtold to ascertain whether Bechtold was keeping them informed about the proceedings. As of this writing, five -- Christian McTurk, Donald Franke, Edward Tadla, Robert Mathis, and William Morgan -- have stated to Kassin that they did not engage Bechtold to represent them. Other individuals have indicated that Bechtold has not been in contact or told them about important developments in the case, including settlement offers, the Rule 7 bond requirement, or the pending motion for contempt and sanctions against them.

On February 17, 2011, Maybelle Garris, an 89-year-old widow from North Carolina, called me directly after receiving the Court's December 28, 2010 Rule 7 bond order from Kassin. I explained to Garris that I could not speak to her directly because, as far as I knew, she is a represented party. She replied that she does not have or want a

BERNSTEIN LIEBHARD LLP

The Honorable Shira A. Scheindlin
February 17, 2011
Page -2-

lawyer. I asked if she was represented by Theodore Bechtold, and she said no. She said
that Bechtold had contacted her some time ago and sent her some papers to sign but that
she never did, and that he then harassed her with phone calls. She said that Bechtold
frightened her, so she stopped taking his calls. I asked her if she knew anything about her
objection to the settlement, the pending appeals brought in her name, the Rule 7 bond
requirement, or the pending motion for contempt and sanctions against her. She replied
that she did not. She also stated that she has filed a proof claim, with assistance from the
claims administrator, and that she does not wish to upset the settlement. I told her that I
would immediately relay the substance of our conversation to the Court.

Unfortunately, it appears that Bechtold may have perpetrated a fraud upon the
parties to this litigation, those he purports to represent, and both this Court and the Court
of Appeals. Before this Court rules on the pending motion for contempt and sanctions
against the Bechtold objectors, we respectfully submit that it is necessary to determine
the extent of Bechtold's misconduct and whether he in fact represents anyone who wishes
to press an appeal.

Respectfully,

Christian Siebott

cc:    Jack C. Auspitz, Esq. (by email)
       Gandolfo V. DiBlasi, Esq. (by email)
       Theodore A. Bechtold, Esq. (by email and by first class mail)
       James Hayes, *pro se* (by email and by first class mail)
       All counsel (by LexisNexis File&Serve)

38887v2

