UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/11

In Re: INITIAL PUBLIC OFFERING ) MASTER FILE
SECURITIES LITIGATIONS ) NO. 21 MC 92
)

## NOTICE OF APPEAL

Notice is hereby given that James J. Hayes, a class member who objected to the settlement in the above-named case, and appealed the Opinion and Order approving the Settlement, Plan of Allocation, and Class Certification hereby appeals to the United States Court of Appeals for the Second Circuit the District Court's Order denying his motion to re-open the time to file an appeal from the Court's December 28, 2011 Order requiring the non-settling objector appellants to pay a $21,875 appeal bond so that this amount could be refunded to the settling objector appellants. This Order was filed on February 18, 2011.

James J. Hayes, Pro Se
4024 Estabrook Dr.
Annandale, VA 22003