# BERNSTEIN LIEBHARD LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET

NEW YORK, NEW YORK 10016

(212) 779-1414

FAX: (212) 779-3218

www.bernlieb.com



CHRISTIAN SIEBOTT
siebott@bernlieb.com

March 4, 2011

**BY FIRST CLASS MAIL AND BY EMAIL**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

> Plaintiffs' Executive Committee's request is granted. Plaintiffs' pending motion for contempt and sanctions is hereby dismissed without prejudice. The clerk of the court is directed to close this motion (docket no. 6261). So ordered.
>
> Shira A. Scheindlin, USDJ
> 3/4/11

Re: *In re Initial Public Offering Sec. Litig.*, 21 MC 92 (SAS)

Dear Judge Scheindlin:

    I write on behalf of Plaintiffs' Executive Committee to respectfully request leave to withdraw, without prejudice to renewal at a later date, plaintiffs' pending motion for contempt and sanctions against James Hayes, Theodore Bechtold, and the objectors-appellants Bechtold has purported to represent.

Respectfully,

Christian Siebott

cc: Jack C. Auspitz, Esq. (by email)
    Gandolfo V. DiBlasi, Esq. (by email)
    Theodore A. Bechtold, Esq. (by email and by first class mail)
    James Hayes, *pro se* (by email and by first class mail)
    All counsel (by LexisNexis File&Serve)