# BERNSTEIN LIEBHARD LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET

NEW YORK, NEW YORK 10016

(212) 779-1414

FAX: (212) 779-3218

www.bernlieb.com

CHRISTIAN SIEBOTT
siebott@bernlieb.com

March 7, 2011

**BY HAND**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Re: *In re Initial Public Offering Sec. Litig.*, 21 MC 92 (SAS)

Dear Judge Scheindlin:

    I write on behalf of Plaintiffs' Executive Committee to respectfully request that the Court stay the briefing schedule related to James J. Hayes's February 22, 2011 motion to reduce the Rule 7 appeal bond until resolution of the Court's March 3, 2011 order to show cause why Hayes's motion should not be dismissed for lack of standing. Currently, plaintiffs' opposition brief is due this Friday, March 11, 2011.

Respectfully,

Christian Siebott

cc: Jack C. Auspitz, Esq. (by email)
Gandolfo V. DiBlasi, Esq. (by email)
Theodore A. Bechtold, Esq. (by email and by first class mail)
James Hayes, *pro se* (by email and by first class mail)
All counsel (by LexisNexis File&Serve)

*[Handwritten annotation by Judge:] Request granted. Plaintiffs are not required to respond to the Hayes motion until further notice of the Court. SAS 3/8/11*