UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

IN RE: INITIAL PUBLIC OFFERING
SECURITIES LITIGATION

MASTER FILE
NO. 21 MC 92 (SAS)

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/11

ORDER

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On March 3, 2011, this Court issued an Order to Show Cause why an Order should not be issued dismissing pro se litigant James J. Hayes' pending motion to reduce the Appeal Bond in this case for lack of standing [Docket No. 6260]. The hearing on the Order to Show Cause, previously scheduled for March 11, 2011, is HEREBY ADJOURNED to Tuesday, March 15, 2011 at 2:30 p.m. Mr. Hayes may, but is not required to, appear for the conference, and may appear either in person or by telephone.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   March 10, 2011
         New York, New York

- **Appearances** -

**For Plaintiffs' Executive Committee:**

Stanley D. Bernstein, Esq.
Rebecca M. Katz, Esq.
Christian Siebott, Esq.
Bernstein Liebhard LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414

David Kessler, Esq.
Barroway Topaz Kessler Meltzer &
Check LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

Howard B. Sirota, Esq.
Sirota & Sirota LLP
260 Madison Avenue
New York, New York 10016
(212) 425-9055

Robert A. Wallner, Esq.
Ariana J. Tadler, Esq.
Peter G.A. Safirstein, Esq.
Neil Fraser, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 946-9453

Jules Brody, Esq.
Stull, Stull & Brody LLP
6 East 45th Street
New York, New York 10017
(212) 687-7230

Fred Taylor Isquith, Esq.
Thomas H. Burt, Esq.
Wolf Haldenstein Adler Freeman & Herz
LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

**Liaison Counsel for Underwriter Defendants:**

Gandolfo V. DiBlasi, Esq.
Penny Shane, Esq.
David M.J. Rein, Esq.
Richard J.L. Lamuscio, Esq.
Sullivan and Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

**Liaison Counsel for Issuer Defendants:**

Jack C. Auspitz, Esq.
Joel C. Haims, Esq.
Hilary M. Williams, Esq.
Angela T. Rella, Esq.
Reema S. Abdelhamid, Esq.
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

**Copy to**:

Theodore Bechtold, Esq.
310 94th Street Apt. 319
Brooklyn, New York 11209

James J. Hayes (pro se)
4024 Estabrook Drive
Annadale, Virginia 22003

James J. Hayes (pro se)
200 Homewood Ave.
Greensboro, NC 27403