UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

IN RE: INITIAL PUBLIC OFFERING
SECURITIES LITIGATION

------------------------------------------------------- X

**ORDER TO REPLENISH
RULE 7 BOND**

**MASTER FILE
NO. 21 MC 92 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

WHEREAS, on June 17, 2010, this Court granted Plaintiffs' motion for a bond pursuant to Rule 7 of the Federal Rules of Appellate Procedure ("Appeal Bond") and ordered Objectors-Appellants to post $25,000 for which all Objectors-Appellants were jointly and severally liable;

WHEREAS, on July 16, 2010, the Objectors-Appellants deposited $25,000 with the Clerk of the Court in accordance with the June 17, 2010 Order;

WHEREAS, on October 5, 2010, thirteen objectors dismissed their appeals by stipulation ("Settling Objectors-Appellants"), with each party bearing its own costs;

WHEREAS, by Order dated December 28, 2010, this Court ordered the release of funds previously posted by the Settling Objectors-Appellants ($21,875) upon the replacement of those funds by the remaining Non-Settling

-1-

Objectors-Appellants by January 18, 2011;

WHEREAS, the Non-Settling Objectors-Appellants failed to replenish the Appeal Bond funds by January 18, 2011, in accordance with this Court's December 28, 2010 Order;

WHEREAS, during a conference in this matter held on March 28, 2011, the Court ascertained that the remaining Non-Settling Objectors-Appellants consist of James J. Hayes (pro se) and somewhere between three and thirteen individuals represented by Theodore Bechtold, Esq;[1] it is hereby

ORDERED that all remaining Non-Settling Objectors-Appellants are jointly and severally responsible for replenishing the Appeal Bond in the amount of $21,875 by April 8, 2011. If the funds are not posted by that date, the Non-Settling Objectors-Appellants will be held in contempt, sanctions to be determined; it is further

ORDERED that upon the deposit of the $21,875 by the remaining Non-Settling Objectors-Appellants, the Clerk of the Court shall release to Jeffrey

---

[1] At a series of conferences held in March of 2011, and upon the order of this Court, Mr. Bechtold furnished current proof that he is authorized by three individuals to represent them. For four other individuals, he furnished complete, signed authorizations dated March of 2007; for a fifth individual, he furnished a complete, signed authorization dated May of 2006. For five additional individuals, he furnished incomplete authorizations (none of the five authorizations indicates which stock was purchased, and one omits the date signed). *See* Transcript of Conference held on March 28, 2011.

Weinstein, on behalf of the Settling Objectors, the sum of $21,875 of the $25,000 deposited with the cashier's office under Objectors Receipt Number 909152; and it is further

ORDERED that the Settling Objectors-Appellants are relieved of their joint and several obligations to post a bond to the extent that replacement deposit of released funds is made by Non-Settling Objectors-Appellants.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   March 28, 2011
         New York, New York

## - Appearances -

### For Plaintiffs' Executive Committee:

Stanley D. Bernstein, Esq.
Rebecca M. Katz, Esq.
Christian Siebott, Esq.
Bernstein Liebhard LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414

Robert A. Wallner, Esq.
Ariana J. Tadler, Esq.
Peter G.A. Safirstein, Esq.
Neil Fraser, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 946-9453

David Kessler, Esq.
Barroway Topaz Kessler Meltzer & Check LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

Jules Brody, Esq.
Stull, Stull & Brody LLP
6 East 45th Street
New York, New York 10017
(212) 687-7230

Howard B. Sirota, Esq.
Sirota & Sirota LLP
260 Madison Avenue
New York, New York 10016
(212) 425-9055

Fred Taylor Isquith, Esq.
Thomas H. Burt, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

**Liaison Counsel for Underwriter Defendants:**

Gandolfo V. DiBlasi, Esq.
Penny Shane, Esq.
David M.J. Rein, Esq.
Richard J.L. Lamuscio, Esq.
Sullivan and Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

**Liaison Counsel for Issuer Defendants:**

Jack C. Auspitz, Esq.
Joel C. Haims, Esq.
Hilary M. Williams, Esq.
Angela T. Rella, Esq.
Reema S. Abdelhamid, Esq.
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

**Copy to:**

Theodore Bechtold, Esq.
310 94th Street Apt. 319
Brooklyn, New York 11209

James J. Hayes (pro se)
4024 Estabrook Drive
Annadale, Virginia 22003

James J. Hayes (pro se)
200 Homewood Ave.
Greensboro, NC 27403