**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

**IN RE INITIAL PUBLIC OFFERING**
**SECURITIES LITIGATION**
-------------------------------------------------------

**This document relates to all cases.**
-------------------------------------------------------X



**21 MC 92 (SAS) (HBP)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Plaintiffs' Executive Committee ("EC") is hereby ordered to prepare a

spreadsheet showing the allocation of total fees of $170,084,950.00 based on the

"revised adjusted lodestars" of both the EC and non-EC law firms.  The "revised

adjusted lodestar" is the original lodestar using the hourly rates set by this Court in

*In re Initial Public Offering Securities Litigation*,[1] with the adjustments, discounts

and enhancements described in the letter from Stanley D. Bernstein to Counsel,

dated October 8, 2010.  The fee allocation should be prepared with and without the

2.5x enhancement to all EC time.  Accordingly, the spreadsheet should have the

following columns: Original Lodestar (unadjusted - original hours and original

hourly rates); Revised Lodestar (original hours, Court-approved hourly rates);

Revised Adjusted Lodestar Without EC Enhancement (which is the Revised

Lodestar with the EC proposed adjustments, discounts and enhancements except

---

[1]      671 F. Supp. 2d 467, 507 (S.D.N.Y. 2009) (senior partners at $500 per
hour; junior partners at $425 per hour; senior associates at $300 per hour; junior
associates at $200 per hour; paralegals at $100 per hour).

for the 2.5x EC enhancement); Revised Adjusted Lodestar With EC Enhancement
(which is the Revised Adjusted Lodestar with the 2.5x EC Enhancement); Fee
Allocation without EC Enhancement (revised adjusted lodestar for law firm X
divided by total revised adjusted lodestar, multiplied by total fee award); and Fee
Allocation with EC Enhancement (same using revised adjusted lodestar with EC
enhancement).  This spreadsheet must be submitted to the Court by close of
business Monday, June 20, 2011.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:        New York, New York
              June 15, 2011

**- Appearances -**

**For Plaintiffs' Executive Committee:**

Stanley D. Bernstein, Esq.
Rebecca M. Katz, Esq.
Christian Siebott, Esq.
Bernstein Liebhard LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414

Robert A. Wallner, Esq.
Ariana J. Tadler, Esq.
Peter G.A. Safirstein, Esq.
Neil Fraser, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 946-9453

David Kessler, Esq.
Barroway Topaz Kessler Meltzer &
Check LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

Jules Brody, Esq.
Stull, Stull & Brody LLP
6 East 45th Street
New York, New York 10017
(212) 687-7230

Howard B. Sirota, Esq.
Sirota & Sirota LLP
260 Madison Avenue
New York, New York 10016
(212) 425-9055

Fred Taylor Isquith, Esq.
Thomas H. Burt, Esq.
Wolf Haldenstein Adler Freeman & Herz
270 Madison Avenue
New York, New York 10016
(212) 545-4600

**Liaison Counsel for Underwriter Defendants:**

Gandolfo V. DiBlasi, Esq.
Penny Shane, Esq.
David M.J. Rein, Esq.
Richard J.L. Lamuscio, Esq.
Sullivan and Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

**Liaison Counsel for Issuer Defendants:**

Jack C. Auspitz, Esq.
Joel C. Haims, Esq.
Hilary M. Williams, Esq.
Angela T. Rella, Esq.
Reema S. Abdelhamid, Esq.
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

**Counsel for Siemion Huckabay Objector:**

David B. Gordon, Esq.
Richardson & Patel, LLP
750 Third Avenue, 9th Floor
New York, New York 10017
(646) 755-7315

**Counsel for Johnson & Perkinson Objector:**

Jacob B. Perkinson, Esq.
Dennis J. Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, Vermont 05403
(802) 862-0030

4

5