# BERNSTEIN LIEBHARD LLP
ATTORNEYS AT LAW
10 EAST 40TH STREET
NEW YORK, NEW YORK 10016

(212) 779-1414
FAX: (212) 779-3218
www.bernlieb.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/11
```

STANLEY D. BERNSTEIN
bernstein@bernlieb.com

June 20, 2011

**BY EMAIL**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
　for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

　　　　Re:　*In re Initial Public Offering Sec. Litig.*, 21 MC 92 (SAS)

Dear Judge Scheindlin:

　　I write on behalf of Plaintiffs' Executive Committee to request an extension of time to submit a response to the Court's order dated June 15, 2011. In drafting the response, we encountered some problems with the data and have had insufficient time to quality check the results. An extension until Friday June 24, 2011 should provide ample time to ensure that our response is both responsive and accurate.

　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　[signature]

　　　　　　　　　　　　　　　　Stanley D. Bernstein

cc:　All counsel (by LexisNexis File&Serve)

*Handwritten:* Request granted. No further extensions will be granted.

So Ordered:
[signature]
June 21, 2011

44248v1