UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE: INITIAL PUBLIC OFFERING
SECURITIES LITIGATION

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/11

ORDER

MASTER FILE
NO. 21 MC 92 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

On April 4, 2011, Theodore Bechtold, Esq., on behalf of a group of non-settling objectors-appellants, moved for a stay of this Court's June 17, 2010 order – issued nearly one year ago – directing that Objectors-Appellants were jointly and severally liable for posting a twenty-five thousand dollar Rule 7 appeal bond. That motion having been mooted by an order of the Second Circuit Court of Appeals dated May 17, 2011,[1] the Clerk of the Court is directed to close this motion [Docket No. 6,275].

---

[1] See 5/17/11 USCA Order [Docket No. 6,282] (granting plaintiffs-appellees' motion to dismiss the appeals of the objectors-appellants for whom Bechtold served as counsel of record because he was "not authorized to file appeals on their behalf or otherwise represent them in connection with the[] appeals").

-1-

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: June 22, 2011
New York, New York

- Appearances -

**For Plaintiffs' Executive Committee:**

Stanley D. Bernstein, Esq.
Rebecca M. Katz, Esq.
Christian Siebott, Esq.
Bernstein Liebhard LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414

Robert A. Wallner, Esq.
Ariana J. Tadler, Esq.
Peter G.A. Safirstein, Esq.
Neil Fraser, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 946-9453

David Kessler, Esq.
Barroway Topaz Kessler Meltzer & Check LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

Jules Brody, Esq.
Stull, Stull & Brody LLP
6 East 45th Street
New York, New York 10017
(212) 687-7230

Howard B. Sirota, Esq.
Sirota & Sirota LLP
260 Madison Avenue
New York, New York 10016
(212) 425-9055

Fred Taylor Isquith, Esq.
Thomas H. Burt, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

**Liaison Counsel for Underwriter Defendants:**

Gandolfo V. DiBlasi, Esq.
Penny Shane, Esq.
David M.J. Rein, Esq.
Richard J.L. Lamuscio, Esq.
Sullivan and Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

**Liaison Counsel for Issuer Defendants:**

Jack C. Auspitz, Esq.
Joel C. Haims, Esq.
Hilary M. Williams, Esq.
Angela T. Rella, Esq.
Reema S. Abdelhamid, Esq.
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

**Copy to:**

James J. Hayes (pro se)
4024 Estabrook Drive
Annadale, Virginia 22003

James J. Hayes (pro se)
200 Homewood Ave.
Greensboro, NC 27403

Theodore Bechtold, Esq.
310 94th Street Apt. 319
Brooklyn, New York 11209
(570) 618-1610