UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE INITIAL PUBLIC OFFERING
SECURITIES LITIGATION

This document relates to all cases.

[PROPOSED] ORDER

21 MC 92 (SAS)



**SHIRA A. SCHEINDLIN, U.S.D.J.:**

WHEREAS on March 9, 2011, in response to this Court's March 3, 2011 Order directing *pro se* objector James J. Hayes "to furnish proof to the Court that he is in fact a class member," Hayes submitted a document entitled "James J. Hayes Proof of Class Membership";

WHEREAS by orders dated May 17, 2011 and June 20, 2011 and corresponding mandates issued July 12, 2011, the United States Court of Appeals for the Second Circuit remanded Hayes's three appeals and directed this Court "to determine whether *pro se* Objector-Appellant Hayes is a class member"; it is hereby

**ORDERED** that Hayes is directed to submit any further support he wishes to be considered on the question of whether he is a class member, i.e., a "person[] . . . [who] purchased or otherwise acquired the securities of [Specific Issuer] during the Class Period and [was] damaged thereby," by the close of business on July 29, 2011; and it is further

**ORDERED** that if Hayes makes any further submissions he shall simultaneously serve Plaintiffs' Executive Committee by email or by overnight express mail; and it is further

**ORDERED** that any party who wishes to respond to Hayes's submissions to date or in response to this Order shall do so by the close of business on August 5, 2011.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: July 20, 2011
New York, New York