**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE INITIAL PUBLIC OFFERING
SECURITIES LITIGATION

This document relates to all cases.



21 MC 92 (SAS)

**NOTICE OF CROSS-APPEAL**

    Notice is hereby given that Plaintiffs' Executive Committee in the above-named case hereby cross-appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order, allocating attorneys' fees, expenses and interest, entered in this action on 12th day of July, 2011.

Dated: August 18, 2011
       New York, New York

                                Respectfully submitted,

                                **BERNSTEIN LIEBHARD LLP**

                                Stanley D. Bernstein (bernstein@bernlieb.com)
                                Rebecca M. Katz (katz@bernlieb.com)
                                Christian Siebott (siebott@bernlieb.com)
                                Sara P. Goodman (goodman@bernlieb.com)
                                10 East 40th Street
                                New York, New York 10016
                                (212) 779-1414

                                **MILBERG LLP**
                                Robert A. Wallner (rwallner@milberg.com)
                                Ariana J. Tadler (atadler@milberg.com)
                                Peter Safirstein (psafirstein@milberg.com)
                                One Pennsylvania Plaza
                                New York, New York 10119
                                (212) 594-5300

**KESSLER TOPAZ MELTZER
  & CHECK, LLP**
David Kessler (dkessler@btkmc.com)
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

**HOWARD B. SIROTA**
Howard Sirota (howard.sirota@gmail.com)
125 Beach 128th Street
Belle Harbor, New York 11694
(917) 363-0619

**STULL STULL & BRODY**
Jules Brody (jbrody@ssbny.com)
Aaron Brody (abrody@ssbny.com)
6 East 45th Street
New York, New York 10017
(212) 687-7230

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
Daniel W. Krasner (krasner@whafh.com)
Fred Taylor Isquith (isquith@whafh.com)
Thomas H. Burt (burt@whafh.com)
270 Madison Avenue
New York, New York 10016
(212) 545-4600

*Plaintiffs' Executive Committee*

*In re IPO Securities Litigation*, 21 MC 92

## SERVICE LIST

| |
|---|
| Abraham Fruchter & Twersky LLP<br>One Pennsylvania Plaza<br>Suite 2805<br>New York, NY 10119 |
| Law Offices of Brian Barry<br>1801 Avenue of the Stars<br>Suite 307<br>Los Angeles, CA 90067 |
| Law Offices of James V. Bashian, P.C.<br>500 Fifth Avenue<br>Suite 2700<br>New York, NY 10110 |
| Brodsky & Smith, LLC<br>Two Bala Plaza<br>Suite 602<br>Bala Cynwyd, PA 19004 |
| Brower Piven<br>The World Trade Center Building - Baltimore<br>401 East Pratt Street<br>Suite 2525<br>Baltimore, MD 21202 |
| The Brualdi Law Firm<br>29 Broadway<br>Suite 2400<br>New York, NY 10006 |
| Bull & Lifshitz, LLP<br>18 East 41st Street<br>11th Floor<br>New York, NY 10017 |
| Carney Williams Bates Pulliam & Bowman, PLLC<br>11311 Arcade Drive<br>Suite 200<br>Little Rock, AR 72212 |
| Timothy J. Dennin, P.C.<br>316 Main Street<br>Northport, NY 11768 |

| |
|---|
| Edelson & Associates, LLC<br>45 West Court Street<br>Doylestown, PA 18901 |
| Emerson Poynter LLP<br>500 President Clinton Avenue<br>Suite 305<br>Little Rock, AR 72201 |
| Faruqi & Faruqi LLP<br>369 Lexington Avenue<br>10th Floor<br>New York, NY 10017-6531 |
| Federman & Sherwood<br>10205 North Pennsylvania Avenue<br>Oklahoma City, OK 73120 |
| Law Offices of Brian M. Felgoise, P.C.<br>The Pavilion<br>261 Old York Road<br>Suite 423<br>P.O. Box 706<br>Jenkintown, PA 19046 |
| Finkelstein & Krinsk LLP<br>501 West Broadway<br>Suite 1250<br>San Diego, CA 92101 |
| Finkelstein Thompson LLP<br>1050 30th St., N.W.<br>Washington, DC 20007 |
| Frydman LLC<br>18 East 48th Street<br>10th Floor<br>New York, NY 10017 |
| Glancy, Binkow & Goldberg LLP<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles, CA 90067 |
| Goldman, Scarlato & Karon, P.C.<br>101 West Elm Street<br>Suite 360<br>Conshohocken, PA 19428 |

| |
|---|
| Law Offices of Bernard M. Gross, P.C.<br>The Wanamaker Building<br>100 Penn Square East<br>Suite 450<br>Philadelphia, PA  19107 |
| Harwood Feffer LLP<br>488 Madison Avenue<br>8th Floor<br>New York, NY  10022 |
| Law Offices of Marc S. Henzel<br>237 Montgomery Street<br>Suite 202<br>Bala Cynwyd, PA  19004 |
| Holzer Holzer & Fistel, LLC<br>200 Ashford Center North<br>Suite 300<br>Atlanta, GA  30338 |
| Izard Nobel LLP<br>One Corporate Center<br>20 Church Street<br>Hartford, CT  06103 |
| Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403 |
| Kantrowitz, Goldhamer & Graifman, P.C.<br>747 Chestnut Ridge Road<br>Chestnut Ridge, NY  10977 |
| Kirby McInerney LLP<br>830 Third Avenue<br>10th Floor<br>New York, NY  10022 |
| Klein & Solomon, LLP<br>275 Madison Avenue<br>11th Floor<br>New York, NY  10016 |
| Labaton Sucharow LLP<br>140 Broadway<br>New York, NY  10005 |

| |
|---|
| Lockridge Grindal Nauen P.L.L.P.<br>1000 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN  55401 |
| Mager White & Goldstein, LLP<br>c/o Jayne A. Goldstein, Esq.<br>Shepherd, Finkelman, Miller & Shah LLP<br>1640 Town Center Circle<br>Suite 216<br>Weston, FL  33326 |
| Morris & Morris LLC<br>4001 Kennett Pike<br>Suite 300<br>Wilmington, DE  19807 |
| Law Offices of Bruce G. Murphy<br>265 Llwyds Lane<br>Suite 100<br>Vero Beach, FL  32963-3252 |
| Murray, Frank & Sailer LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY  10016-1101 |
| Law Offices of Klari Neuwelt<br>110 East 59th Street<br>29th Floor<br>New York, NY  10022 |
| Harold B. Obstfeld, P.C.<br>100 Park Avenue<br>20th Floor<br>New York, NY  10017 |
| Law Offices of Laura Perrone, PLLC<br>60 East 42nd Street<br>47th Floor<br>New York, NY  10165 |
| The Attorneys of Reuben, Raucher & Blum<br>1100 Glendon Avenue<br>10th Floor<br>Los Angeles, CA  90024 |
| Richardson & Patel LLP<br>750 Third Avenue<br>9th Floor<br>New York, NY 10017 |

4

| |
|---|
| Schoengold Sporn Laitman & Lometti, P.C.<br>19 Fulton Street<br>Suite 406<br>Cannon's Walk<br>New York, NY  10038 |
| Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415 |
| Seeger Weiss, LLP<br>One William Street<br>New York, NY  10004 |
| Spector Roseman Kodroff & Willis, P.C.<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA  19103 |
| Stamell & Schager, LLP<br>One Liberty Plaza<br>35th Floor<br>New York, NY  10006-1404 |
| Robert C. Susser, P.C.<br>270 Madison Avenue<br>Room 1500<br>New York, NY  10016-0601 |
| Law Office of Curtis Trinko<br>16 West 46th Street<br>New York, NY  10036 |
| Law Offices of Mel Urbach<br>One Exchange Place<br>Suite 1000<br>Jersey City, NJ  07302 |
| Weiss & Lurie<br>551 Fifth Avenue<br>Suite 1600<br>New York, NY  10176 |
| Wolf Popper LLP<br>845 Third Avenue<br>12th Floor<br>New York, NY  10022 |
| |

Law Offices of Alfred G. Yates, Jr.
Alleghany Building
429 Forbes Avenue
Suite 519
Pittsburgh, PA  15219-1604