**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MASTER FILE NO. 21 MC 92**

|  |  |
|---|---|
| In Re: INITIAL PUBLIC OFFERING ) <br> SECURITIES LITIGATIONS ) | NOTICE OF APPEAL |

Notice is hereby given that James J. Hayes, a class member who objected to the settlement in the above-named case, and appealed the Opinion and Order approving the Settlement, Plan of Allocation, and Class Certification hereby appeals to the United States Court of Appeals for the Second Circuit the opinion of the District Court that Hayes is not a member of the Decode Genetics Class, and the Tut Systems Inc. Class, as entered in this action on August 25, 2011.

James J. Hayes, Pro Se
4024 Estabrook Dr.
Annandale, VA 22003