USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/9/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE INITIAL PUBLIC OFFERING SECURITIES LITIGATION | 21 MC 92 (SAS) |
| This document relates to: ALL ACTIONS | |

[Proposed] **ADMINISTRATIVE ORDER AUTHORIZING CLAIMS ADMINISTRATOR TO PROCESS CLAIMS SUBMITTED PRIOR TO ENTRY OF THIS ORDER AND TO STOP PROCESSING ANY NEW PROOFS OF CLAIM**

**WHEREAS,** on October 5, 2009, this Court entered an Opinion and Order (Docket Number 5861) which, among other things, approved the terms of the Stipulation and Agreement of Settlement filed herein on April 2, 2009 (Exhibit 1 to Docket Number 5809) (the "Stipulation"), approved the Plan of Allocation for distributing the Settlement's proceeds among Class Members who submit acceptable Proofs of Claim, and directed the parties to consummate the terms of the Stipulation and the Plan of Allocation; and

**WHEREAS,** this Court's June 11, 2009 Preliminary Order in Connection With Settlement Proceedings (Docket Number 5816) had directed that Proof of Claim forms were to be submitted to the Claims Administrator by December 10, 2009, but allowed that such deadline may be further extended by Court Order; and

**WHEREAS,** because appeals of the approval of the Settlement have prevented the occurrence of the Effective Date of the Settlement until recently, Proofs of Claim submitted after the December 10, 2009 deadline and through entry of this Order have not delayed the administration of the Settlement and, if they are otherwise are acceptable, should not be rejected by reason of lateness; and

WHEREAS, now that the Effective Date has occurred, any further Proofs of Claim that might be submitted after entry of this Order would delay the finalization of the administration of the Settlement and should be rejected by reason of extreme lateness; and

WHEREAS, this Court has retained jurisdiction of the above-captioned action (the "Action") for the purpose of considering any further application or matter which may arise in connection with the administration and execution of the Settlement and the processing of Proofs of Claim forms.

NOW, THEREFORE, upon reading and filing the Affidavit of Stephen J. Cirami of The Garden City Group, Inc., the Claims Administrator, requesting this Court's authorization to stop processing any claims submitted after the entry of this Order so as to enable a final tally of the acceptable Proofs of Claim that may share in the Settlement's proceeds, it is hereby

ORDERED, that the Claims Administrator is authorized to process all Proofs of Claim it received on or before entry of this Order; and it is further

ORDERED, that any Proofs of Claim received by the Claims Administrator after entry of this Order shall not be processed, may not be accepted and shall be returned by the Claims Administrator to the sender together with a notice stating that "The Court has entered an Order providing that no Proof of Claim submitted after the date of entry of this Order may be accepted for any reason whatsoever" and it is further

ORDERED, that the Claims Administrator is directed to include a notice on the www.iposecuritieslitigationsettlement.com website stating that no Proof of Claim submitted after the date of entry of this Order may be accepted for any reason whatsoever; and it is further

ORDERED, that the Claims Administrator is directed to promptly conclude the processing of all Proofs of Claim received on or before entry of this Order; and it is further

**ORDERED**, that, upon the Claims Administrator's conclusion of the processing of the Proofs of Claim submitted or before entry of this Order, Plaintiffs' Executive Committee shall move for the Class Distribution Order contemplated in paragraph 14 of the Stipulation; and it is further

**ORDERED**, that this Court retain jurisdiction over any further application or matter which may arise in connection with the administration an Settlement of this litigation.

Dated: New York, New York
        Feb 9, 2012

_____
Honorable Shira A. Scheindlin
United States District Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2012, I caused true and accurate copies of the foregoing to be served upon all counsel of record by LexisNexis File & Serve.

_____
George A. Bauer III