UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

IN RE: INITIAL PUBLIC OFFERING
SECURITIES LITIGATION

------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/12

ORDER

MASTER FILE NO. 21 MC 92
(SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

On March 23, 2012, Theodore Bechtold, counsel to certain class memebers, filed a motion for an

> Order preventing distribution of the settlement fund until such time as there is a determination of the Supreme Court regarding the Motion to reconsider the dismissal of the Appeals of the Tafuri Group and specifically the failure to provide absent class members Due Process of Law through distribution of an improper Notice of the settlement particularly the claim requirements.[1]

This motion is denied. *First*, Bechtold has no pending appeals or motions in the Court of Appeals or the Supreme Court.[2] *Second*, the only substantive issue raised by Bechtold's motion is that the notice of settlement was inadequate. I considered

---

[1]  Docket No. 6307.

[2]  *See* 1/7/12 Letter from William K. Suter, Clerk of the Supreme Court of the United States, to Bechtold, Ex. B to 4/10/12 letter from plaintiffs' counsel to the Court ("Upon further review, the petition is out-of-time. The date of the lower court judgment was May 17, 2011. Therefore, the petition was due on or before August 15, 2011.").

-1-

and rejected this argument nearly two years ago.[3] The Clerk of the Court is directed to close this motion [Docket No. 6307].

SO ORDERED:

*(signature)*

Shira A. Scheindlin
U.S.D.J.

Dated:   April 12, 2012
         New York, New York

---

[3]   See In re IPO Sec. Litig., 721 F. Supp. 2d 210 (S.D.N.Y. 2010).

- Appearances -

**For Plaintiffs' Executive Committee:**

Stanley D. Bernstein, Esq.
Rebecca M. Katz, Esq.
Christian Siebott, Esq.
Bernstein Liebhard LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414

Robert A. Wallner, Esq.
Ariana J. Tadler, Esq.
Peter G.A. Safirstein, Esq.
Neil Fraser, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 946-9453

David Kessler, Esq.
Barroway Topaz Kessler Meltzer &
Check LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

Jules Brody, Esq.
Stull, Stull & Brody LLP
6 East 45th Street
New York, New York 10017
(212) 687-7230

Howard B. Sirota, Esq.
Sirota & Sirota LLP
260 Madison Avenue
New York, New York 10016
(212) 425-9055

Fred Taylor Isquith, Esq.
Thomas H. Burt, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

**Liaison Counsel for Underwriter Defendants:**

Gandolfo V. DiBlasi, Esq.
Penny Shane, Esq.
David M.J. Rein, Esq.
Richard J.L. Lamuscio, Esq.
Sullivan and Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

**Liaison Counsel for Issuer Defendants:**

Jack C. Auspitz, Esq.
Joel C. Haims, Esq.
Hilary M. Williams, Esq.
Angela T. Rella, Esq.
Reema S. Abdelhamid, Esq.
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

**Copy to:**

Theodore A. Bechtold, Esq.
310 94th Street
Brooklyn, New York 11209
(570) 618-1610