USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: INITIAL PUBLIC OFFERING
SECURITIES LITIGATION

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL
MATTERS

MASTER FILE NO. 21-MC-92 (SAS)

PROPOSED ORDER FOR RELEASE OF
FUNDS POSTED TO SATISFY RULE 7
BOND TO SETTLING OBJECTORS

Upon the application of JKM Company, represented by Jeffrey Weinstein, *pro hac vice* and Robert E. Margulies, serving as local counsel; Steven Miller, Individually and as Trustee of the Steve A. Miller P.C. Profit Sharing Plan; Jackie Pio and David Murray represented by John Pentz; James Mary and Mark Merrill represented by Stuart Yoes; Ernest Browne, Jr. and Susan Browne represented by Scott Browne; Richard Paul Warren SEP and D&S Partnership #2 represented by Edward Siegel; Vondell Tyler, represented by Edward Cochran; and James Hayes, Lester Baum, Mike Hart and Sue Shadley represented by Christopher J. Braun (collectively, the "Movants");

**IT IS HEREBY ORDERED** that within ten (10) calendar days of this order the clerk shall release to Jeffrey Weinstein, on behalf of the Movants, the $25,000 deposited with the cashier's office under Objectors Receipt Number 909152. The clerk's check for $25,000 should be made payable to "Jeffrey Weinstein" and mailed to Jeffrey Weinstein, 518 East Tyler Street, Athens, Texas, 75751.

IT IS FURTHER ORDERED that the Movants are hereby relieved of their joint and several obligation to post a bond. Movants are to pay their own fees and costs in the action.

The Clerk of the Court is directed to close this motion [Docket No. 6302].

1

Dated: April 12, 2012
New York, New York

_____
United States District Judge

2