

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE INITIAL PUBLIC OFFERING
SECURITIES LITIGATION

Master File No. 21 MC 92 (SAS)

**NOTICE OF WITHDRAWAL**

     **PLEASE TAKE NOTICE** that Rebecca M. Katz hereby withdraws as counsel of record on behalf of Plaintiffs in the above-captioned matter. The plaintiffs continue to be represented by other counsel in this matter.

Dated: July 20, 2012
New York, New York

Rebecca M. Katz

MOTLEY RICE LLC
275 Seventh Avenue
New York, NY 10001
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
Email: rkatz@motleyrice.com

So Ordered.

7/25/12



## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2012, I caused true and accurate copies of the foregoing *Notice of Withdrawal* to be served by email upon the following:

| | |
|---|---|
| Jack Auspitz, Esq. (jauspitz@mofo.com) | Gandolfo V. DiBlasi, Esq. (diblasig@sullcrom.com) |
| Joel Haims, Esq. (jhaims@mofo.com) | Penny Shane, Esq. (shanep@sullcrom.com) |
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-0050 | Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004-2498 |

All other counsel of record to be served with the above referenced document by LexisNexis File & Serve.

RECEIVED 2012 JUL 20 P 4: 17 U S DISTRICT COURT SDNY

_____
Rebecca M. Katz

MOTLEY RICE LLC
275 Seventh Avenue
New York. NY 10001
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
Email: rkatz@motleyrice.com