USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE INITIAL PUBLIC OFFERING SECURITIES LITIGATION

21 MC 92 (SAS)

---

This document relates to:
ALL ACTIONS

---

SHIRA A. SCHEINDLIN, U.S.D.J.

### ORDER GRANTING PERMISSION TO SUBMIT CD-ROM COPY OF EXHIBIT B TO THE DECLARATION OF STEPHEN J. CIRAMI

Plaintiffs' Counsel moves this Court for an Order pursuant to paragraph 14 of the Stipulation and Agreement of Settlement, dated April 2, 2009 (the "Stipulation") and Rule 23(e) of the Federal Rules of Civil Procedure which would, among other things, approve the processing of the Proofs of Claim by The Garden City Group, Inc., the Court-appointed Claims Administrator, and the acceptance and rejection of the Proofs of Claim; and

**WHEREAS**, Plaintiffs' Counsel inform the Court that a paper copy of the exhibit listing the Accepted and Rejected Proofs of Claim would exceed 10,000 pages and have requested the Court's permission to submit disk copies of the lists of the Accepted and Rejected Proofs of Claim.

2

**NOW, THEREFORE**, it is hereby

**ORDERED**, that the Clerk of Court is directed to accept for filing and docket a CD-ROM or other digital storage device that contains a digital copy of Exhibits B-1 (Authorized Claimants) and B-2 (Rejected Claimants) to the Declaration of Stephen J. Cirami, Senior Vice President, Operations, of The Garden City Group, Inc..

**SO ORDERED:**

Shira A. Scheindlin
United States District Judge

10/5/12